**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P. O. Box 1150**
**Meridian ID   83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| IN RE: | CHAPTER 13 |
|---|---|
| **BRETT WITHERSPOON** | **CASE NO.   15-40755-JMM** |
| Debtor(s). | |

**CERTIFICATE OF COMPLETION**

   Kathleen A. McCallister, Chapter 13 Trustee in the above captioned matter, hereby certifies that to the best of her knowledge, information and belief the above named Debtor(s) have hereby completed all payments due under the Chapter 13 Plan.  The Trustee will file a Final Report and Account when all checks issued in this case have cleared.

   The Trustee recommends that the Debtor(s) be granted a discharge pursuant to 11 U.S.C. Section 1328(a).

Dated:   May 25, 2018


  **/s/**  Kathleen McCallister
Kathleen McCallister, Trustee
Chapter 13 Trustee


**CERTIFICATE OF COMPLETION - 1**